UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| REBECCA FLORENCE VIRNIG, | Case No. 13-CV-1539 (PJS/TNL) |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

R. Christopher Sur, MASLON EDELMAN BORMAN & BRAND, LLP, for plaintiff.

Ann M. Bildtsen, UNITED STATES ATTORNEY'S OFFICE, for defendant.

This matter is before the Court on plaintiff Rebecca Virnig's objection to the June 19, 2014 Report and Recommendation ("R&R") of Magistrate Judge Tony N. Leung. Judge Leung recommends granting the Commissioner's motion for summary judgment and denying Virnig's motion for summary judgment. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court ADOPTS the R&R [ECF No. 24]. Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for summary judgment [ECF No. 17] is DENIED.

2. Defendant's motion for summary judgment [ECF No. 19] is GRANTED.

3. Plaintiff's complaint [ECF No. 1] is DISMISSED WITH PREJUDICE AND ON THE MERITS.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 6, 2014                               s/Patrick J. Schiltz
                                                    Patrick J. Schiltz
                                                    United States District Judge